SEALED

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

FILED
October 30, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States of America
v.
Daniel Garza

*Defendant(s)*

Case No. 3:25-MJ-01075-BW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 28, 2025 in the county of Dallas in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b) | Assaulting or impeding a federal officer |

This criminal complaint is based on these facts:

See attached Affidavit of SA Kathryn Megan Moryl

☑ Continued on the attached sheet.

*Complainant's signature*

Kathryn Megan Moryl, SA, FBI

*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: October 30, 2025

*Judge's signature*

City and state: Dallas, Texas

BRIAN MCKAY, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kathryn Megan Moryl, being duly sworn under oath, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since October 2024. I am currently assigned to the Dallas Field Office. Since joining the FBI, I have investigated violations of federal law, including federal violations concerning assaulting or impeding federal officers. I have gained experience through training classes and work conducting these types of investigations. Further, as a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. As part of my duties as Special Agent, I investigate criminal violations relating to violent crimes, including assaulting or impeding a federal officer in violation of 18 U.S.C. § 111.

4. The facts and information contained in this affidavit are based upon my direct participation in this investigation, and upon facts relayed to me by other law enforcement officers, and my review of records and information provided. This affidavit is being submitted for the limited purpose of establishing probable cause for the charged offense. As a result, I have not included every fact known to me concerning this investigation. Rather, I have set forth those facts which I believe are necessary to establish probable cause to show Daniel Garza violated 18 U.S.C. § 111(a)(1) and (b) on or about October 28, 2025 in the Dallas Division of the Northern District of Texas.

**5.** On or about October 28, 2025, federal officers of U.S. Immigration and Customs Enforcement (ICE) subcomponents Homeland Security Investigations (HSI) and Enforcement and Removal Operations (ERO) were conducting an immigration enforcement operation in the vicinity of a residence located at 1600 Maple Drive, Garland, Texas (TX), 75042. The target of the operation was Rolando Garza (R. Garza), a Hispanic male, a known resident of 1600 Maple Drive, and the registered owner of a white Chevrolet van Texas License Plate number SWF 6839 ("Target Vehicle").

**6.** HSI Special Agents (SAs) and ERO Deportation Officers (DOs) were dressed in law enforcement apparel with large lettering indicating "Police" across the back and chest of their bullet-proof vests, visible police badges worn on tactical belts also containing service weapons, firearm magazines, less-than-lethal force options, handcuffs and radios.

**7.** On the morning of October 28, 2025, HSI SAs and ERO DOs conducted surveillance on the 1600 Maple Drive residence and identified the Target Vehicle parked at the 1600 Maple Drive residence. A license plate check was conducted and confirmed that the Target Vehicle was still registered to R. Garza on the morning of October 28, 2025.

**8.** At approximately 8:50 to 9:00 am, a Hispanic male, later identified as Daniel Garza (D. Garza), was observed entering the Target Vehicle. The Target Vehicle left the 1600 Maple Drive residence and traveled southbound on Brookside Drive. When the Target Vehicle approached the vicinity of the intersection of Brookside Drive and Lakewood Drive, HSI SAs and ERO DOs attempted to pull the Target Vehicle over by

activating their red and blue law enforcement lights and maneuvering their vehicles around the Target Vehicle. DO Sean Lehman pulled in front of the Target Vehicle and activated his red and blue vehicle law enforcement lights. The Target Vehicle immediately sped up and drove around DO Lehman's vehicle. DO Lehman immediately activated his law enforcement siren or airhorn after the Target Vehicle drove around him.

**9.** The Target Vehicle made a left turn onto Lakewood Drive, a left turn onto Garwood Street, and a left turn back onto Maple Drive, a location within the Dallas Division of the Northern District of Texas, traveling west back towards the target residence. [1]




[1] Source: Google Maps accessed on October 29, 2025, and included for geographical reference. The red balloon icon indicates the location of the target residence, 1600 Maple Drive, Garland, TX 75042.

**10.** HSI SA Norris and Senior Deportation Officer (SDO) Levi Maxwell turned onto Maple Drive in separate vehicles, traveling east bound, as the Target Vehicle— operated by D. Garza— drove towards them traveling westbound towards the target residence. SA Norris and SDO Maxwell both had their law enforcement lights activated on their vehicles and tried to block the Target Vehicle on Maple Drive.

**11.** D. Garza swerved around SA Norris' vehicle and repeatedly collided into the front of SDO Maxwell's vehicle, reversing and making impact with the front of SDO Maxwell's vehicle three to four times while SDO Maxwell was still inside the vehicle. HSI SA Norris could see the Target Vehicle rocking back and forth as it continuously made forceful contact with SDO Maxwell's vehicle, trying to move SDO Maxwell's vehicle out of the way.

**12.** DO Lehman's vehicle was directly behind the Target Vehicle. The Target Vehicle reversed and smashed into DO Lehman's vehicle while DO Lehman was inside the vehicle, swiping DO Lehman's bumper. The Target Vehicle shifted the position of DO Lehman's vehicle due to the amount of force used by the driver inside Target Vehicle. DO Lehman could smell rubber burning from the Target Vehicle's tires as the driver accelerated in reverse into DO Lehman's vehicle while DO Lehman was still inside his vehicle.

**13.** SDO Maxwell got out of his vehicle on foot. The Target Vehicle swerved towards SDO Maxwell. SDO Maxwell believed the Target Vehicle was trying to run him over because the Target Vehicle abruptly jerked in the direction of SDO Maxwell. SDO Maxwell did not draw his gun on the Target Vehicle because he did not know where the

other officers were in relation to the Target Vehicle. SDO Maxwell believed he was going to be run over and killed by the driver of the Target Vehicle.

**14.** SDO Maxwell broke the front passenger-side window on the Target Vehicle, while DO Lehman opened the driver's side door to try and get D. Garza out of the vehicle. DO Lehman issued commands to D. Garza to put his hands up and come out of the vehicle. D. Garza did not comply. DO Lehman advised D. Garza he would be tased if he did not comply. D. Garza did not comply and DO Lehman tased the driver.

**15.** The driver of the Target Vehicle and only occupant was identified as Daniel Garza, the son of target Rolando Garza. Garza repeatedly refused to give his name to the HSI SAs and ERO DOs. Garza is a Mexican national who is illegally present within the United States. Garza was handcuffed, taken into ICE custody, and offered medical attention by first responders once they arrived on scene.

**Damage caused by Daniel Garza to DO Lehman's Vehicle:**



**Damage caused by Daniel Garza to SDO Maxwell's Vehicle:**



**Damage caused by Daniel Garza to the Target Vehicle:**




**16.** While handcuffed and being led to a law enforcement vehicle, D. Garza stated to HSI SAs and ERO DOs that he knew why the officers were there and knew the officers were there for his family. Garza stated that he is "DACA." D. Garza stated he knows what ICE does from social media. D. Garza stated he was sorry for hitting the officers and told the officers he did not assault them. While handcuffed in the back of one of the ERO DO's vehicles, D. Garza requested to speak with DO Lehman. D. Garza told DO Lehman he was sorry for hitting him and asked if he was okay.

**17. <u>CONCLUSION</u>**

Based on Your Affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 111(a)(1) and (b) has been committed by Daniel Garza on or about October 28, 2025.

In consideration of the foregoing, I respectfully request that this court issue a Complaint and Arrest Warrant for Daniel Garza.

______________________________
Kathryn Megan Moryl, Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed via reliable electronic means on this 30th day of October 2025, pursuant to Fed. R. Crim. P. 4.1.

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS

______________________________
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS